**E-Filed 7/29/2010**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SCOTT DOMNIE, | Case Number C 10-02361 JF (HRL) |
| Plaintiff, | ORDER[1] ADOPTING REPORT AND RECOMMENDATION TO DISMISS WITH LEAVE TO AMEND |
| v. | |
| SAXON MORTGAGE; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1-10, inclusive, | [RE: Doc. Nos. 6, 7, 10] |
| Defendants. | |

On July 14, 2010, Magistrate Judge Howard R. Lloyd filed a Report and Recommendation that this Court dismiss Plaintiff's complaint with leave to amend. No objections have been filed. The Court has reviewed Judge Lloyd's recommendation as well as the record in this case in conformity with 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72(b), and Civil Local Rule 72-3. The Court concurs with and adopts in its entirety the Report and Recommendation of Judge Lloyd. Accordingly, the complaint will be dismissed with leave to amend. Consistent with Judge Lloyd's Report and Recommendation, any amended pleading must be filed within fourteen (14) days of the date of this order. The pending motions to dismiss

---

[1] This disposition is not designated for publication in the official reports.

1    and strike filed by Defendant Saxon Mortgage will be terminated as moot.

2    IT IS SO ORDERED.

3    DATED: 7/29/2010

4                                                    _____
                                                     JEREMY FOGEL
5                                                    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                     2