1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**E-Filed 10/28/2010**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

SCOTT DOMNIE,

            Plaintiff,

    v.

SAXON MORTGAGE SERVICES, INC., et al.,

            Defendants.

Case Number 5:10-cv-02361-JF (HRL)

ORDER[1] GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND; VACATING HEARING DATE; AND CONTINUING CASE MANAGEMENT CONFERENCE

[Re: Docket No. 17 ]

      Defendants Saxon Mortgage Services, Inc., et al. move to dismiss all six claims for relief in Plaintiff's first amended complaint.  Plaintiff alleges violations of Cal. Civ. Code § 2923.5 and related claims.  The Court concludes that this motion is appropriate for determination without oral argument and will vacate the hearing date of October 29, 2010.  *See* Civ. L.R. 7-1(b).

      Under this Court's Civil Local Rules, Plaintiff's opposition was due at least twenty-one days before the noticed hearing date of October 29, 2010–here, not later than October 8, 2010. *See* Civ. L.R.  7-3(a).  As of the date of this order, Plaintiff has not filed opposition papers.

       Because the instant motion appears well-taken and is unopposed, the motion to dismiss will be granted with leave to amend.  Any amended pleading shall be filed within twenty (20)

---

[1]     This disposition is not designated for publication in the official reports.

1    days after the date of this order.

2                                    **ORDER**

3            For good cause shown,

4            (1)      the motion to dismiss is GRANTED, WITH LEAVE TO AMEND;

5            (2)      any amended pleading shall be filed within twenty (20) days after the date of this

6                     order;

7            (3)      the hearing date of October 29, 2010 is VACATED; and

8            (4)      the Case Management Conference set for October 29, 2010 is CONTINUED to

9                     December 17, 2010 at 10:30 a.m.

10

11   DATED:   October 28, 2010

12                                           JEREMY FOGEL
                                             United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            2