\*\*E-Filed 11/22/2010\*\*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SCOTT DOMNIE, | Case Number 5:10-cv-02361-JF (HRL) |
| Plaintiff, | ORDER[1] DISMISSING CASE WITH PREJUDICE |
| v. | |
| SAXON MORTGAGE SERVICES, INC., et al., | |
| Defendants. | |

On October 28, 2010 the Court issued an order granting Defendants' motion to dismiss with leave to amend and directing Plaintiff to file an amended pleading within twenty days from the date of the order. Plaintiff did not file an amended complaint in the time provided. Accordingly, the Court will dismiss the case.

**ORDER**

IT IS HEREBY ORDERED that the case will be dismissed with prejudice. All hearing and/or trial dates set in this matter are VACATED.

DATED:   November 22, 2010

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

Case No. 5:10-cv-02361-JF (HRL)
ORDER DISMISSING CASE WITH PREJUDICE
(JFLC1)